## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ZURICH AMERICAN INSURANCE    :
  COMPANY, as subrogee of    :
  BRANDYWINE CIRA WALNUT, LP    :
        Plaintiff    :
           :
      v.    :
           :    No. 2:20-cv-02180
A.T. CHADWICK COMPANY, INC.    :
    Defendant, Third Party Plaintiff    :
           :
      v.    :
           :
LIMBACH COMPANY, LLC,    :
ABLE SERVICE, INC. and    :
AKA UNIVERSITY CITY    :
      Third Party Defendants.    :

## STIPULATION

The undersigned parties in the above-captioned matter hereby stipulate as follows:

1.  The above caption and all previously filed pleadings are amended to correct the name of the party identified as "AKA University City" to its correct name of "AKA Management I, LLC".

2.  All pleadings filed in the future will conform to the foregoing.

3.  Any references to "AKA University City" in future filed pleadings will be interpreted as referring to "AKA Management I, LLC".

4.  This Stipulation may be signed in counterparts.

WILLIAM J. FERREN & ASSOCIATES

By:_____

     JIM H. FIELDS, JR., ESQUIRE
     PO Box 2903
     Hartford, CT  06104
     215-274-1742
     jhfields@travelers.com
     ***Counsel for Third Party Defendant***
     ***AKA Management I, LLC***

By:_____//s// J. Benjamin Staherski_____

  J. Benjamin Staherski, Esquire
  White and Williams, LLP
  1650 Market Street
  One Liberty Place, Suite 1800
  Philadelphia, PA  19103-7395
  ***Counsel for Plaintiff***

By:_____//s// John J. Delay, III_____

  John J. Delany, III, Esquire
  Robert Albert Disandro, Esquire
    Delany Law
  Two Penn Center
  1500 JFK Boulevard, Suite 410
  Philadelphia, PA  19102
  ***Counsel for Defendant/Third Party Plaintiff***
  ***A.T. Chadwick Company, Inc.***

By:_____//s// Warrem F. Sperling_____

  Warren F. Sperling, Esquire
  Alexander David Torres, Esquire
  Bennett, Bricklin & Saltzburg, LLP
  1601 Market Street, 16th Floor
  Philadelphia, PA  19103
  ***Counsel for Defendant/Third Party Plaintiff***
  ***A.T. Chadwick Company, Inc.***

By: //s// Jay D. Branderbit
Jay D. Branderbit, Esquire
Caitlin A. Harley, Esquire
Kent & McBride, PC
1617 JFK Blvd., Suite 1140
Philadelphia, PA 19103
**Counsel for Third Party Defendant**
**Limbach Company, LLC**


By: //s// Joshua P. Locke
Joshua P. Locke, Esquire
Turner O'Mara Donnelly & Petrycki
2201 Executive Building
Route 38, Suite #300
Cherry Hill, NJ 08002
**Counsel for Third Party Defendant**
**Able Service, Inc.**

---

**BY THE COURT**