## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ZURICH AMERICAN INSURANCE
COMPANY, as subrogee of :
BRANDYWINE CIRA WALNUT, LP ,

        Plaintiff.

v.

A.T. CHADWICK COMPANY, INC. :

        Defendant, Third Party Plaintiff,

v.

LIMBACH COMPANY, LLC,
ABLE SERVICE, INC. and
AKA UNIVERSITY CITY

        Third Party Defendants.

**CIVIL ACTION NO.: 2:20-cv-2180**

**JURY TRIAL DEMANDED**

### ANSWER OF THIRD PARTY DEFENDANT ABLE SERVICE, INC. TO THE CROSSCLAIMS OF THIRD PARTY DEFENDANT, AKA MANAGEMENT I, LLC IMPROPERLY NAMED AS AKA UNIVERSITY CITY.

AND NOW, Third Party Defendant Able Service, Inc. (hereinafter "Able") by and through its counsel, Turner, O'Mara, Donnelly & Petrycki and Tompkins, McGuire, Wachenfeld & Barry, LLP hereby files its Answer to the Crossclaims of Third Party Defendant, AKA Management I, LLC improperly named as AKA University City.

1.    This is a paragraph of incorporation to which no response is required. To the extent that a response is required, Able denies all liability to all parties in this matter.

2.    Denied as to Able.  Able is advised by counsel and denies the allegations in this

paragraph as conclusions of law to which no responses are required. Strict proof thereof is demanded at the time of trial.

3.      This is a paragraph of incorporation to which no response is required. To the extent that a response is required, Able denies all liability to all parties in this matter.

4.      Denied as to Able.   Able is advised by counsel and denies the allegations in this paragraph as conclusions of law to which no responses are required. Strict proof thereof is demanded at the time of trial.

WHEREFORE, Able demands that the Crossclaims of Third Party Defendant, AKA Management I, LLC improperly named as AKA University City be dismissed and that judgment be entered in its favor together with costs, reasonable attorneys' fees, and such other relief as the Court may deem appropriate.

## JURY DEMAND

Able hereby demands a jury for all such issues which are triable.

/s _____

Joshua Locke
**TURNER, O'MARA,**
**DONNELLY & PETRYCKI**
2201 Executive Building
Route 38, Suite 300
Cherry Hill, New Jersey 08002
(856) 667-2600

Richard F. Connors (pro hac vice)
Jared P. DuVoisin (pro hac vice)
**TOMPKINS, McGUIRE,**
**WACHENELD & BARRY, LLP**
3 Becker Farm Road
4th Floor
Roseland, New Jersey 07068
(973) 622-3000

*Attorneys for Third-Party Defendant Able Service, Inc.*

## CERTIFICATION OF SERVICE

I hereby certify that on this date, this Answer was filed and served by way of e-filing upon all counsel of record.

/s _____

Joshua Locke

**TURNER, O'MARA,**
**DONNELLY & PETRYCKI**
2201 Executive Building
Route 38, Suite 300
Cherry Hill, New Jersey 08002
(856) 667-2600

DATED:    March 17, 2021