IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ZURICH AMERICAN INSURANCE COMPANY**, as subrogee of **BRANYWINE CIRA WALNUT I, LP** | :<br>:<br>:<br>: |
| v. | :    **CIVIL ACTION NO. 20-2180** |
| **A.T. CHADWICK COMPANY, INC.** | :<br>: |
| v. | :<br>: |
| **LIMBACH COMPANY, LLC, et al** | : |

## ORDER

This 11th day of February, 2022, for the reasons in the accompanying memorandum, it is hereby **ORDERED** that Third Party Defendant Limbach's Motion for Summary Judgment, ECF 61, is **GRANTED** with respect to Defendant Chadwick's claim for indemnification, but otherwise **DENIED.**

                                                  /s/ Gerald Austin McHugh
                                                  United States District Judge