**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

ZURICH AMERICAN INSURANCE **:**
COMPANY as subrogee of **:**
BRANDWINE CIRA WALNUT I, LP **:**
 **:**
 **v.** **:** **CIVIL ACTION NO. 20-2180**
 **:**
A.T. CHADWICK COMPANY, INC. **:**

**O R D E R**

This  29th  day of  August , 2022, it having been reported that the above captioned

action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of

the Local Rules of Civil Procedure of this Court, it is **ORDERED** that the above captioned

action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

GEORGE WYLESOL, Clerk of Court

**BY:** /s/ Patricia Clark
 Patricia Clark
 Civil Deputy to Judge McHugh

Copies EMAILED on  8/29/22  to:

cc:

All counsel of record